THE STATE OF WASHINGTON, *Respondent,* v. STEVEN B., *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88-8-00030-2, Joe F. Falk, Jr., J. Pro Tem., entered March 8, 1988. *Affirmed* by unpublished

opinion per Munson, J., concurred in by Thompson, C.J., and Ripple, J. Pro Tem.